**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01629-REB-CBS

THE TRUST DEPARTMENT OF FIRST NATIONAL BANK OF SANTA FE, COLORADO BRANCH,
RICHARD QUANZ as CO-TRUSTEES and
REPRESENTATIVES OF THE IRREVOCABLE TRUST OF STEPHEN MELENDY,
STEPHEN MELENDY,
LAWRENCE MELENDY,
JUDY MELENDY,
CHRISTOPHER W. MELENDY,
AIMEE R. MELENDY, and
AMANDA F. MELENDY,

    Plaintiffs,

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

    Intervening Plaintiff,

v.

THE BURTON CORPORATION,,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL
## OF CERTAIN CLAIMS FOR RELIEF

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal of Certain Claims For Relief** [#82][1] filed April 16, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved that plaintiffs' Fifth, Eighth, Ninth and Tenth Causes of Action in the Amended Complaint should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1.  That the **Stipulation For Dismissal of Certain Claims For Relief** [#82] filed April 16, 2012, is **APPROVED**; and

2.  That plaintiffs' Fifth, Eighth, Ninth and Tenth Causes of Action in the Amended Complaint are **DISMISSED WITH PREJUDICE**.

Dated April 16, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge