IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01629-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 24, 2013 | Courtroom Deputy: Courtni Covington |
| *Parties:* | *Counsel:* |
| THE TRUST DEPARTMENT OF FIRST NATIONAL BANK OF SANTE FE, *et al.,* | Christopher L. Valleau *(appearing by phone)* Wesley C. Jackson |
| Plaintiffs, | |
| v. | |
| THE BURTON CORPORATION, | Brett M. Godfrey |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:   10:42 a.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding **Plaintiffs' Opposed MOTION to Reopen Discovery** [Doc. No. 179, filed 2/21/2013].

Further argument in addition to that given at the previous hearing by Plaintiffs' and Defendant's counsel regarding the pending motion.

The court addresses the parties regarding the case law cited at the previous hearing, the case's earlier discovery deadlines and hearings, the discovery being sought, and the timeliness of the Motion to Reopen Discovery.

**ORDERED:**   **Plaintiffs' Opposed MOTION to Reopen Discovery** [Doc. No. 179, filed 2/21/2013] is **DENIED** for the reasons stated on the record.

The court informs the parties that only a ruling from the bench will issue, no written order will follow, and therefore the amount of days to file an objection should be calculated from today's date.

HEARING CONCLUDED.   **Court in recess**: **11:09 a.m.**   Total time in court:  0:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.