**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01629-REB-CBS

THE TRUST DEPARTMENT OF FIRST NATIONAL BANK OF SANTA FE, COLORADO
BRANCH, and
RICHARD QUANZ as CO-TRUSTEES and REPRESENTATIVES OF THE
IRREVOCABLE TRUST OF STEPHEN MELENDY, and STEPHEN MELENDY,

      Plaintiffs,

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

      Intervenor Plaintiff,

v.

THE BURTON CORPORATION,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Defendant The Burton Corporation's Rule
60(B) Motion For Amendment of Judgment** [#190] filed October 9, 2013.  The motion is
**STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1.A and REB Civ. Practice
Standard IV.B.1.

      Dated:  October 15, 2013

---

      [1] This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.