**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01629-REB-CBS

THE TRUST DEPARTMENT OF FIRST NATIONAL BANK OF SANTA FE, COLORADO BRANCH, and RICHARD QUANZ as CO-TRUSTEES and REPRESENTATIVES OF THE IRREVOCABLE TRUST OF STEPHEN MELENDY, and
STEPHEN MELENDY,

    Plaintiffs,

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

    Intervenor Plaintiff,

v.

THE BURTON CORPORATION,

    Defendant.

# ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. On February 6, 2014, I granted the parties' Joint Motion For Extension of Time to File Dismissal Documents [#201]. (**See Minute Order** [#202], filed February 6, 2014.) Therein, I vacated the then extant deadline for the submission of dismissal documents "pending approval of the parties' settlement by a court of competent jurisdiction." (**See id.** ¶ 2.) I further granted the parties leave to file a petition under Rule 16 of the Colorado Rules of Probate Procedure seeking such approval from this court, provided they could establish the court's jurisdiction to do so. (*Id.* ¶ 3.) However, no such motion has been filed with this court, and there is no indication from the docket of where the parties presently stand in relation to submitting

their dismissal documents.

Given the age of this case, I believe it is prudent to require the parties to keep the court apprised of the ongoing progress toward final resolution of the claims asserted herein. I therefore will order the parties to submit a joint status report.

**THEREFORE, IT IS ORDERED** that by **May 2, 2014**, the parties **SHALL FILE** a joint status report apprising the court of the current state of the case and all matters relevant to the final settlement and dismissal of the claims herein.

Dated April 24, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge