## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 11-cv-01629-REB-CBS

THE TRUST DEPARTMENT OF FIRST NATIONAL BANK OF SANTA FE, COLORADO BRANCH,
RICHARD QUANZ as CO-TRUSTEES and REPRESENTATIVES OF THE IRREVOCABLE TRUST OF STEPHEN MELENDY,
STEPHEN MELENDY,
LAWRENCE MELENDY,
JUDY MELENDY,
CHRISTOPHER W. MELENDY,
AIMEE R. MELENDY,
AMANDA F. MELENDY, and
CHERIE D. FORD,

      Plaintiffs,

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,

      Intervening Plaintiff,

v.

THE BURTON CORPORATION,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice of All Claims** [#207][1] filed May 6, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, each party to bear its own fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#207]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

1.  That the **Stipulation of Dismissal With Prejudice of All Claims** [#207] filed May 6, 2014, is **APPROVED**;

2.  That any pending motion is **DENIED** as moot; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 6, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge